IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02997-RPM-MJW

(1) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE ROSEN INVESTMENT TRUST NO. 1;
(2) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE ROSEN INVESTMENT TRUST NO. 2;
(3) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE JUSTYN C. ROSEN TRUST FOR MARIAN ROSEN 12/19/89;
(4) JAY H. CHAPMAN, in his capacity as Trustee of THE SHARON J. MANDEL IRREVOCABLE TRUST 9/28/81;
(5) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE JUSTYN C. ROSEN MARITAL TRUST NO. 1;
(6) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE JUSTYN C. ROSEN 1988 IRREVOCABLE INSURANCE TRUST;
(7) JAY H. CHAPMAN, in his capacity as Trustee of THE MARSHA ZIMMERMAN IRREVOCABLE TRUST 9/28/81;
(8) SHARON ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE SHARON ROSEN TRUST CREATED BY THE MARIAN ROSEN TRUST FOR CHILDREN #2;
(9) SHARON ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE SHARON IRREVOCABLE TRUST 3/1/85;
(10) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Co-Personal Representatives for THE ESTATE OF JUSTYN C. ROSEN;
(11) GRANADA ENTERPRISES, INC.; a Colorado corporation;
(12) ROSEN INVESTMENTS, LLLP, a Colorado limited liability limited partnership; and
(13) ROSEN FAMILY ASSOCIATES, LTD., a Colorado limited partnership

    Plaintiffs,

v.

(1) CITIGROUP GLOBAL MARKETS, INC.; a New York corporation; and
(2) MORGAN STANLEY SMITH BARNEY, LLC, a Delaware limited liability company

    Defendants.

---

## STIPULATED ORDER - ADMINISTRATIVE CLOSURE

---

Upon consideration of Defendants' Motion to Stay Case Proceedings and Compel Arbitration [5] filed January 11, 2011, and Plaintiffs' Response [12] filed March 4, 2011, it is

ORDERED that this case is stayed pending arbitration of the claims asserted in the Complaint. Plaintiffs shall be responsible for submitting a joint status report six months from the date of this order, and every three months thereafter.

IT IS FURTHER ORDERED that the case shall be administratively closed subject to conducting such proceedings with respect to the arbitration as are permitted or required under the Federal Arbitration Act.

Dated: March 8th, 2011

BY THE COURT

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge