IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02997-RPM

(1) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE ROSEN INVESTMENT TRUST NO. 1;
(2) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE ROSEN INVESTMENT TRUST NO. 2;
(3) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE JUSTYN C. ROSEN TRUST FOR MARIAN ROSEN 12/19/89;
(4) JAY H. CHAPMAN, in his capacity as Trustee of THE SHARON J. MANDEL IRREVOCABLE TRUST 9/28/81;
(5) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE JUSTYN C. ROSEN MARITAL TRUST NO. 1;
(6) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE JUSTYN C. ROSEN 1988 IRREVOCABLE INSURANCE TRUST;
(7) JAY H. CHAPMAN, in his capacity as Trustee of THE MARSHA ZIMMERMAN IRREVOCABLE TRUST 9/28/81;
(8) SHARON ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE SHARON ROSEN TRUST CREATED BY THE MARIAN ROSEN TRUST FOR CHILDREN #2;
(9) SHARON ROSEN AND JAY H. CHAPMAN, in their capacities as Trustees of THE SHARON IRREVOCABLE TRUST 3/1/85;
(10) MARIAN ROSEN AND JAY H. CHAPMAN, in their capacities as Co-Personal Representatives for THE ESTATE OF JUSTYN C. ROSEN;
(11) GRANADA ENTERPRISES, INC.; a Colorado corporation;
(12) ROSEN INVESTMENTS, LLLP, a Colorado limited liability limited partnership; and
(13) ROSEN FAMILY ASSOCIATES, LTD., a Colorado limited partnership

    Plaintiffs,

v.

(1) CITIGROUP GLOBAL MARKETS, INC.; a New York corporation; and
(2) MORGAN STANLEY SMITH BARNEY, LLC, a Delaware limited liability company

    Defendants.

---

**ORDER FOR STATUS REPORT**

---

On March 8, 2011, this Court entered a Stipulated Order - Administrative Closure, ordering plaintiffs to submit a joint status report six months from the date of that order, and

every three months thereafter.  Nothing further has been filed and it is now

    ORDERED that plaintiffs shall file a status report with this court on or before March 27, 2012.

    Dated: March 20th, 2012

                      BY THE COURT

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge