**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-CV-02997-RPM-MJW

(1) MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE ROSEN INVESTMENT TRUST NO. 1;
(2) MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE ROSEN INVESTMENT TRUST NO. 2;
(3) MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE JUSTYN C. ROSEN TRUST FOR MARIAN ROSEN 12/19/89;
(4) JAY H. CHAPMAN, in his capacity as Trustee of THE SHARON J. MANDEL IRREVOCABLE TRUST 9/28/81;
(5) MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE JUSTYN C. ROSEN MARITAL TRUST NO. 1;
(6) MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE JUSTYN C. ROSEN 1988 IRREVOCABLE INSURANCE TRUST;
(7) JAY H. CHAPMAN, in his capacity as Trustee of THE MARSHA ZIMMERMAN IRREVOCABLE TRUST 9/28/81;
(8) SHARON ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE SHARON ROSEN TRUST CREATED BY THE MARIAN ROSEN TRUST FOR CHILDREN #2;
(9) SHARON ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE SHARON IRREVOCABLE TRUST 3/1/85;
(10) MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as co-personal representatives for THE ESTATE OF JUSTYN C. ROSEN;
(11) GRENADA ENTERPRISES, INC., a Colorado corporation;
(12) ROSEN INVESTMENTS, LLLP, a Colorado limited liability limited partnership; and
(13) ROSEN FAMILY ASSOCIATES, LTD., a Colorado limited partnership

   Plaintiffs,

v.

CITIGROUP GLOBAL MARKETS, INC. a New York corporation; and
MORGAN STANLEY SMITH BARNEY, LLC, a Delaware limited liability company

   Defendants.

---

**ORDER REOPENING CASE**

---

Pursuant to the defendants' motion to reopen case [18] and D.C.Colo.LCivR 41.2, good cause having been shown, it is

#1512289 v1 den

2

ORDERED that this civil action is reopened to permit pleadings addressing the arbitration award.

DONE this 30th day of August, 2012.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch
Senior United States District Judge