## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02997-RPM-MJW

(1)  MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE
      ROSEN INVESTMENT TRUST NO. 1;
(2)  MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE
      ROSEN INVESTMENT TRUST NO. 2;
(3)  MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE
      JUSTYN C. ROSEN TRUST FOR MARIAN ROSEN 12/19/89;
(4)  JAY H. CHAPMAN, in his capacity as Trustee of THE SHARON J. MANDEL
      IRREVOCABLE TRUST 9/28/81;
(5)  MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE
      JUSTYN C. ROSEN MARITAL TRUST NO. 1;
(6)  MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE
      JUSTYN C. ROSEN 1988 IRREVOCABLE INSURANCE TRUST;
(7)  JAY H. CHAPMAN, in his capacity as Trustee of THE MARSHA ZIMMERMAN
      IRREVOCABLE TRUST 9/28/81;
(8)  SHARON ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE
      SHARON ROSEN TRUST CREATED BY THE MARIAN ROSEN TRUST
      FOR CHILDREN #2;
(9)  SHARON ROSEN and JAY H. CHAPMAN, in their capacities as Trustees of THE
      SHARON IRREVOCABLE TRUST 3/1/85;
(10)  MARIAN ROSEN and JAY H. CHAPMAN, in their capacities as co-personal
      representatives for THE ESTATE OF JUSTYN C. ROSEN;
(11)  GRENADA ENTERPRISES, INC., a Colorado corporation;
(12)  ROSEN INVESTMENTS, LLLP, a Colorado limited liability limited partnership;
      and
(13)  ROSEN FAMILY ASSOCIATES, LTD., a Colorado limited partnership

      Plaintiffs,

v.

CITIGROUP GLOBAL MARKETS, INC. a New York corporation; and
MORGAN STANLEY SMITH BARNEY, LLC, a Delaware limited liability company

      Defendants.

---

## ORDER REOPENING CASE

---

      Pursuant to the defendants' motion to reopen case [18] and D.C.Colo.LCivR 41.2,

good cause having been shown, it is

ORDERED that this civil action is reopened to permit pleadings addressing the arbitration award.

DONE this 30th day of August, 2012.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch
Senior United States District Judge

#1512289 v1 den